UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FELIX GUZMAN RIVADENERIA,<br><br>                              Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al,<br><br>                              Defendants. | Case No. 2:15-cv-01187-APG-VCF<br><br>**Order Dismissing Case** |

On November 25, 2015, I entered an order dismissing plaintiff's complaint. (Dkt. #4.) Plaintiff was permitted to file an amended complaint within 30 days of entry of that Order. Plaintiff was notified that if he failed to do so, that would result in the dismissal with prejudice of all of plaintiff's claims. Plaintiff has not filed an amended complaint. Therefore,

IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE. The clerk of the court is directed to enter judgment accordingly and to close this file.

Dated: January 25, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE